IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES HILL,

    Plaintiff,

v.

CHARLES HUIBREGTSE,
LAURIE DOEHLING,
NANCY HAHNISCH, BONNIE ZUEHLKE,
STEPHAN RANDALL and
SHARON MOERCHEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-806-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Charles Huibregtse, Laurie Doehling, Nancy Hahnisch, Bonnie Zuehlke, Stephan Randall and Sharon Moerchen granting their motion for summary judgment, denying plaintiff's motion for temporary restraining order and preliminary injunction as moot and dismissing this case.

_____       3/14/2013
Peter Oppeneer, Clerk of Court             Date